39 So.2d 62

**Harrison TERRY v. STATE.**

*8 Div. 721.*

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

39 So.2d 62

**L. H. TERRELL v. STATE.**

*8 Div. 699.*

Court of Appeals of Alabama.
Jan. 25, 1949.

Wm. C. Rayburn, of Guntersville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed; remanded for proper sentence in accordance with Code 1940, Tit. 15, §§ 341, 342.

39 So.2d 62

**Marvin TERRY v. STATE.**

*8 Div. 727.*

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

41 So.2d 926

**Willie James THOMAS v. STATE.**

*6 Div. 757.*

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

38 So.2d 207

**Dick Ann TIDMORE v. STATE.**

*6 Div. 706.*

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

39 So.2d 62

**Boyd TODD v. STATE.**

*8 Div. 726.*

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.